IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COURTNEY R. WEBB,<br><br>   Plaintiff,<br><br> v.<br><br>CLAIRTON CITY SCHOOL DISTRICT,<br><br>   Defendant. | Civil Action No. 21-1739<br>Judge Nora Barry Fischer |

**ORDER OF COURT**

AND NOW, this 16th day of May, 2022, the Court having granted the Motion to Dismiss filed by Defendant Clairton City School District,

IT IS HEREBY ORDERED that judgment is entered in favor of Defendant and against Plaintiff as to all claims set forth in the Second Amended Complaint; and

IT IS FURTHER ORDERED that as there are no remaining claims in this action, the Clerk of Court shall mark this case CLOSED.

                  *s/Nora Barry Fischer*
                  Nora Barry Fischer
                  Senior U.S. District Judge

cc/ecf: All counsel of record.